# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pfaelzer, Mariana R. | Central District of California | 5/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
312 North Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Norton Simon Museum |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | DISTRIBUTION FROM RETIREMENT ACCOUNT FROM JUDICIAL RETIREES & SURVIVORS (ADMIN OFFICE OF THE US COURTS) | $174,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank IRA (CDs) | A | Interest | L | T | | | | | |
| 2. | D | Distribution | | | | | | | See Section VIII |
| 3. Wells Fargo Checking | A | Interest | M | T | | | | | |
| 4. Wells Fargo IRA # 1 (U.S. Treasury Notes and Cash) | B | Interest | P1 | T | | | | | |
| 5. | G | Distribution | | | | | | | See Section VIII |
| 6. Wells Fargo Custody Account # 1-header | | | | | | | | | |
| 7. -Shares Wells Fargo Money Market Fund | A | Interest | P1 | T | | | | | |
| 8. - CA State Economic 5.25% 1/1/11 - 100K | C | Interest | | | Matured | 01/01/11 | L | | |
| 9. - CA State Economic 5.0% 1/1/11 - 100K | B | Interest | | | Matured | 01/01/11 | L | | |
| 10. - CA State 5% - 3/1/25 - 125K | C | Interest | | | Redeemed | 03/01/11 | M | | |
| 11. - CA State 5.125% - 6/1/31 - 165K | C | Interest | | | Redeemed | 06/01/11 | M | | |
| 12. - VR CA State Economic 5.0% - 7/1/23 - 300K | D | Interest | | | Redeemed | 07/01/11 | N | | |
| 13. - VR CA State Economic 3.5% - 7/1/23 - 100K | C | Interest | | | Redeemed | 07/01/11 | L | | |
| 14. - VR CA State Economic 5.0% - 7/1/23 - 500K | E | Interest | | | Redeemed | 03/01/11 | N | | |
| 15. - US Treasury Notes 4.25% - 1/15/11 - 100K | B | Interest | | | Matured | 01/15/11 | L | | |
| 16. - US Treasury Notes 4.5% - 2/28/11 - 100K | B | Interest | | | Matured | 02/28/11 | L | | |
| 17. - US Treasury Notes 4.625% - 8/31/11 - 200K | D | Interest | | | Matured | 08/31/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - US Treasury Notes 4.5% - 9/30/11 - 400K | E | Interest | | | Matured | 09/30/11 | N | | |
| 19. - US Treasury Notes 4.625% - 10/31/11 - 300K | D | Interest | | | Matured | 10/31/11 | N | | |
| 20. - US Treasury Notes 4.875% - 7/31/11 - 300K | D | Interest | | | Matured | 07/31/11 | N | | |
| 21. - US Treasury Notes 5.0% - 8/15/11 - 100K | C | Interest | | | Matured | 08/15/11 | L | | |
| 22. - US Treasury Notes 4.875% - 4/30/11 - 400K | D | Interest | | | Matured | 04/30/11 | N | | |
| 23. - US Treasury Notes 4.875% - 5/31/11 - 300K | D | Interest | | | Matured | 05/31/11 | N | | |
| 24. - US Treasury Notes 5.125% - 6/30/11 - 200K | D | Interest | | | Matured | 06/30/11 | M | | |
| 25. - US Treasury Notes 4.5% - 11/30/11 - 100K | C | Interest | | | Matured | 11/30/11 | L | | |
| 26. - US Treasury Notes 4.625% - 12/31/11 - 100K | B | Interest | | | Matured | 12/31/11 | L | | |
| 27. - US Treasury Notes 4.75% - 1/31/12 - 100K | C | Interest | M | T | | | | | |
| 28. - US Treasury Notes 1.75% - 11/15/11 - 400K | D | Interest | | | Matured | 11/15/11 | N | | |
| 29. - US Treasury Notes 1.125% - 12/15/11 - 300K | C | Interest | | | Matured | 12/15/11 | N | | |
| 30. - US Treasury Notes 0.875% - 3/31/11 - 100K | A | Interest | | | Matured | 03/31/11 | L | | |
| 31. - US Treasury Notes 1.1250% - 1/15/12 -200K | B | Interest | M | T | | | | | |
| 32. - US Treasury Notes 1.375% - 5/15/12 - 400K | D | Interest | N | T | | | | | |
| 33. - US Treasury Notes 1.375% - 2/15/12 - 300K | C | Interest | N | T | | | | | |
| 34. - US Treasury Notes 1.5% - 7/15/12 - 200K | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - US Treasury Notes 4.75% - 3/31/11 - 200K | C | Interest | | | Matured | 03/31/11 | M | | |
| 36.  - US Treasury Notes 4.75% - 5/31/12 - 100K | C | Interest | M | T | | | | | |
| 37.  - US Treasury Notes 2.00% - 11/30/13 - 100K | B | Interest | M | T | | | | | |
| 38.  - US Treasury Notes 1.50% - 12/31/13 - 100K | B | Interest | M | T | | | | | |
| 39.  - US Treasury Notes 1.875% - 6/15/12 - 200K | C | Interest | M | T | | | | | |
| 40.  - US Treasury Notes 1.75% - 4/15/13 - 100K | B | Interest | M | T | | | | | |
| 41.  - US Treasury Notes 1.375% - 3/15/13 - 100K | B | Interest | M | T | | | | | |
| 42.  - US Treasury Notes 1.375% - 2/15/13 - 200K | B | Interest | M | T | Buy (add'l) | 01/05/11 | M | | |
| 43.  - US Treasury Notes 1.375% - 5/15/13 - 200K | B | Interest | M | T | Buy (add'l) | 01/05/11 | M | | |
| 44.  - US Treasury Notes 1.375% - 3/15/12 - 200K | C | Interest | M | T | | | | | |
| 45.  - US Treasury Notes 1.375% - 4/15/12 - 300K | C | Interest | N | T | | | | | |
| 46.  - US Treasury Notes 1.375% - 9/15/12 - 100K | B | Interest | M | T | | | | | |
| 47.  - US Treasury Notes 1.375% - 10/15/12 - 100K | B | Interest | M | T | | | | | |
| 48.  - US Treasury Notes 1.375% - 11/15/12 - 100K | B | Interest | M | T | | | | | |
| 49.  - US Treasury Notes 1.375% - 1/15/13 - 200K | B | Interest | M | T | | | | | |
| 50.  - US Treasury Notes 1.125% - 12/15/12 - 200K | B | Interest | M | T | | | | | |
| 51.  - US Treasury Notes 0.50% - 10/15/13 - 200K | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - US Treasury Notes 0.75% - 8/15/13 - 200K | B | Interest | M | T | | | | | |
| 53. - US Treasury Notes 0.75% - 9/15/13 - 100K | A | Interest | M | T | | | | | |
| 54. - US Treasury Notes 1.00% - 07/15/13 - 200K | B | Interest | M | T | | | | | |
| 55. - US Treasury Notes 4.00% - 02/15/14 - 300K | C | Interest | N | T | Buy | 05/03/11 | N | | |
| 56. - US Treasury Notes 4.75% - 05/15/14 - 200K | D | Interest | M | T | Buy | 05/03/11 | M | | |
| 57. - US Treasury Notes 1.00% - 01/15/14 - 450K | B | Interest | N | T | Buy | 04/04/11 | N | | |
| 58. - US Treasury Notes 1.75% - 03/31/14 - 200K | B | Interest | M | T | Buy | 03/09/11 | M | | |
| 59. - US Treasury Notes 1.75% - 01/31/14 - 100K | A | Interest | M | T | Buy | 03/09/11 | M | | |
| 60. - US Treasury Notes 1.875% - 02/28/14 - 200K | B | Interest | M | T | Buy | 03/09/11 | M | | |
| 61. 2010 Reservoir RD Investors LLC- Baltimore, Maryland | A | Rent | K | U | | | | | |
| 62. | D | Distribution | | | | | | | See Section VIII |
| 63. Trust # 1 - header | | | | | | | | | |
| 64. - Shares Wells Fargo Govt Money Market Fund | A | Dividend | K | T | | | | | |
| 65. | D | Distribution | | | | | | | See Section VIII |
| 66. | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. page 4, # 2. Distribution from # 1
VII. page 4, # 5. Distribution from # 4
VII. page 7, # 62. Distribution from # 61
VII. page 7, # 65. Distribution from # 62

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R. | 5/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mariana R. Pfaelzer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544